UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ABEL HERNANDEZ, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. SA-16-CV-1025-XR |
| ALLSTATE INDEMNITY COMPANY, | § § § | |
| *Defendant*. | § | |

**ORDER**

On this date, the Court considered the parties' Agreed Motion to Abate Litigation Pending Completion of Appraisal. Docket no. 16. The parties in this dispute disagree over the amount of loss to a property owned by Plaintiff and covered by an insurance policy issued by Defendant. They explain that they have agreed to go through an appraisal process provided by the insurance policy. *Id*. at 2. They do not explain when the appraisal process will be completed, but ask that this litigation be abated until after the parties advise the Court of the completion of the appraisal.

The Court GRANTS the motion and hereby VACATES all remaining deadlines and settings, including trial. Further, the parties are ORDERED to notify the Court within 15 days of receiving an appraisal award; at that time, the Court will provide instructions for submitting a revised scheduling order to govern the remainder of the case.

Because the parties have not indicated how long the appraisal process might last, the Court concludes that this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as

before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . ."). The Clerk's office is therefore DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request of any party or on the Court's own motion.

    It is so ORDERED.

    SIGNED this 22nd day of August, 2017.

                                  XAVIER RODRIGUEZ
                                  UNITED STATES DISTRICT JUDGE